UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

-----------------------------------------------------------

**This Document Relates to:**

*McGrath v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10129-DRH-PMF

**Judge David R. Herndon**

## ORDER

**HERNDON, District Judge:**

This matter is before the Court for case management. On February 24, 2016, defendant filed a Suggestion of Death, in accord with Federal Rule of Civil Procedure 25(a).[1] The Federal Rules of Civil Procedure provide that a motion for substitution of party must be made within 90 days after service of a statement noting the death on the record. *See* Fed.R.Civ.P. 25(a). If a timely motion to substitute is not filed the action must be dismissed.

---

[1] On May 13, 2015, defendant filed the initial Suggestion of Death, in accord with Federal Rule of Civil Procedure 25(a), as to the above captioned plaintiff (Doc. 9). The Court found that the defendant's May 13, 2015 Suggestion of Death was deficient for purposes of triggering the 90-day clock for substitution. Accordingly, the Court declined to *sua sponte* dismiss this case on grounds that no motion for substitution has been filed (Doc. 11). That Order stated: "If defendant refiles a suggestion of death as described [in the Order] and a motion for substitution is not timely filed, the case will be dismissed as is required under Rule 25." (Doc. 11).

In the instant case, a motion to substitute has not been filed and the deadline for making such a substitution has long since passed. Accordingly, the Court **DISMISSES** the above captioned action **with prejudice**. In light of the above, the Motion to Dismiss Under CMo 79 is **DENIED** as **MOOT** (Doc. 10).

**FURTHER,** the Court **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

**Signed this 20th day of June, 2016**

Digitally signed by
Judge David R. Herndon
Date: 2016.06.20
09:49:04 -05'00'

**United States District Judge**