UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lauren McGrath v. BayerHealthcare.*  No. 13-cv-10129-DRH
*Pharmaceuticals, Inc., et al*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case filed on June 20, 2016 (Doc. 13), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.06.21
10:49:17 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT